| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Angela D Spivey–Byers<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4514<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | |
| Case number: | 17–60369 | |

## Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela D Spivey–Byers
aka Angela Spivey

9/13/22

**By the court:** Rebecca B. Connelly
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Virginia

In re:  Case No. 17-60369-rbc

Angela D Spivey-Byers  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6    User: admin    Page 1 of 2
Date Rcvd: Sep 13, 2022    Form ID: 3180W    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela D Spivey-Byers, 4689 S Spotswood Trail - Apt 1, Gordonsville, VA 22942-7352 |
| | + | REGION TEN COMMUNITY SERVICES BOARD, 502 Old Lynchburg Rd, Charlottesville, VA 22903-6550 |
| 4397393 | + | Albemarle Anesthesia, PLC, PO Box 12846, Wilmington, DE 19850-2846 |
| 4397395 | + | King's Creek Plantation, PO Box 78843, Phoenix, AZ 85062-8843 |
| 4397399 | + | Sentara Martha Jefferson Hospital, PO Box 759132, Baltimore, MD 21275-9132 |
| 4397401 | + | Sentara Martha Jefferson Medical Group, 590 Peter Jefferson Parkway, PO Box 1583, Charlottesville, VA 22902-1583 |
| 4478290 | + | Sentara Martha Jefferson Outpatient, Surgery Center, 595 Martha Jefferson Dr., Suite 290, Charlottesville, VA 22911-4669 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4397394 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 13 2022 21:08:00 | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 4397396 | + | EDI: NAVIENTFKASMSERV.COM | Sep 14 2022 01:08:00 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 4409789 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 13 2022 21:08:00 | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 4406536 | | EDI: AGFINANCE.COM | Sep 14 2022 01:08:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 4397397 | + | EDI: AGFINANCE.COM | Sep 14 2022 01:08:00 | OneMain, 1962 Rio Hill Center, Charlottesville, VA 22901-1144 |
| 4401468 | + | EDI: RECOVERYCORP.COM | Sep 14 2022 01:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4397398 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Sep 13 2022 21:08:00 | Sentara Collections, PO Box 79698, Baltimore, MD 21279-0698 |
| 4397400 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Sep 13 2022 21:08:00 | Sentara Martha Jefferson Hospital, 590 Peter Jefferson Parkway, Charlottesville, VA 22911-4628 |
| 4397402 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Sep 13 2022 21:08:00 | Sentara Martha Jefferson Outpatient Surgery C, 590 Peter Jefferson Parkway, Suite 300, Charlottesville, VA 22911-4628 |
| 4400198 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2022 21:08:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 4408800 | + | Email/Text: specialhandling@glasserlaw.com | Sep 13 2022 21:08:00 | SunTrust Bank, c/o Glasser and Glasser, P.L.C., Crown Center Building, Suite 600, 580 E. Main Street, Norfolk, VA 23510-2306 |
| 4397403 | + | Email/Text: bankruptcy@bbandt.com | Sep 13 2022 21:08:00 | Suntrust, PO Box 305183, Nashville, TN 37230-5183 |
| 4421018 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 13 2022 21:08:00 | US DEPT OF EDUCATION, CLAIMS FILING |

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 3180W | Total Noticed: 20 |

UNIT, PO BOX 8973, MADISON, WI 53708-8973

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SunTrust Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert L Beskin(82) | hbeskin@cvillech13.net  bss@cvillech13.net |
| Robyn D. Pepin | on behalf of Creditor SunTrust Bank rpepin@glasserlaw.com  pjmecf@glasserlaw.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Angela D Spivey-Byers harvillebk@gmail.com 813@notices.nextchapterbk.com;harville.williamb115872@notify.bestcase.com |

TOTAL: 4